## UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

CASE NO.: 20-cv-12141-JMV-JBC

### RETURN OF SERVICE

**United Automobile Workers**
**Local 259 Social Security Dept**

vs.

**SMG Automotive Holdings, LLC,**
**et al**

_____/

ss.

I, **TIMOTHY BOTTI**, a competent adult, being duly sworn according to law, depose and say that at **1:25pm** on **09/21/2020**, I served **Zachary Schwebel c/o SMG Automotive Holdings, LLC dba Brooklyn Chrysler Jeep Dodge Ram** at **2286 Flatbush Ave, Brooklyn, NY 11234** in the manner described below:

☐ Defendant(s) personally served.

☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business.

☐ _____ an officer of said Defendant's company.

☑ Other: **By serving Bridgette Collins, O.M.**

a true and correct copy of **Summons, Complaint and Exhibits** issued in the above captioned matter.

Description:
**Sex: FEMALE – Age: 40 – Skin: WHITE – Hair: RED/BRN – Height: 5'7 – Weight: 275**

X _____
TIMOTHY BOTTI
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA 19103
(215) 567-7777
Atty File#: – Our File# 108199


Law Firm: **CLEARY, JOSEM & TRIGIANI, LLP**
Address: **325 CHESTNUT STREET, SUITE 200, PHILA, PA, 19106**
Telephone: **215.735.9099**