UNITED STATES DISTRICT DISTRICT OF NEW JERSEY

CASE NO.: 20-cv-12141-JMV-JBC

RETURN OF SERVICE

**United Automobile Workers
Local 259 Social Security Dept**

vs.

**SMG Automotive Holdings, LLC,
et al**

    ss.

I, **TIMOTHY BOTTI**, a competent adult, being duly sworn according to law, depose and say that at **1:25pm** on **09/21/2020**, I served **SMG Automotive Holdings, LLC dba Brooklyn Chrysler Jeep Dodge Ram** at **2286 Flatbush Ave, Brooklyn, NY 11234** in the manner described below:

- ☐ Defendant(s) personally served.
- ☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____.
- ☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.
- ☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
- ☐ Agent or person in charge of Defendant's office or usual place of business.
- ☐ _____ an officer of said Defendant's company.
- ☑ Other: **By serving Bridgette Collins, O.M.**

a true and correct copy of **Summons, Complaint and Exhibits** issued in the above captioned matter.

Description:
Sex: FEMALE – Age: 40 – Skin: WHITE – Hair: RED/BRN – Height: 5'7 – Weight: 275

X _____
TIMOTHY BOTTI
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA  19103
(215) 567-7777
Atty File#:   - Our File# **108200**

Law Firm: **CLEARY, JOSEM & TRIGIANI, LLP**
Address: **325 CHESTNUT STREET, SUITE 200, PHILA, PA, 19106**
Telephone: **215.735.9099**