# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UAW Local 259 Social Security Department,** | : | Civil Action No. 20-cv-12141 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **SMG Automotive Holdings, LLC and Zachary Schwebel,** | : | **REQUEST FOR** |
| Defendants. | : | **ENTRY OF DEFAULT** |
| | : | |

To the Clerk of the Court:

    Please enter a Default with respect to Defendants SMG Automotive Holdings, LLC and Zachary Schwebel pursuant to FRCP 55(a) for failure to answer or otherwise plead in the above-captioned matter.

                                    Respectfully submitted,

                                    **CLEARY, JOSEM & TRIGIANI, LLP**

                             BY:  /s/ Jeremy E. Meyer
                                    JOSEPH T. CLEARY, ESQUIRE
                                    JEREMY E. MEYER, ESQUIRE
                                    Constitution Place
                                    325 Chestnut Street, Suite 200
                                    Philadelphia, PA 19106
                                    (215) 735-9099
                                    Attorneys for Plaintiffs

Dated: January 22, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Request for Entry of Default to be served upon the following by United States First Class Mail on the date indicated below:

> SMG Automotive Holdings LLC
> d/b/a Brooklyn Chrysler Jeep Dodge Ram
> 2286 Flatbush Avenue
> Brooklyn, NY 11234
>
> Zachary Schwebel
> SMG Automotive Holdings LLC
> d/b/a Brooklyn Chrysler Jeep Dodge Ram
> 2286 Flatbush Avenue
> Brooklyn, NY 11234

>                 */s/ Jeremy E. Meyer*
>                 JEREMY E. MEYER, ESQUIRE

Dated:  January 22, 2021