# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED AUTOMOBILE WORKERS LOCAL 259 SOCIAL SECURITY DEPARTMENT; <br><br> *Plaintiff*; <br><br> v. <br><br> SMG AUTOMOTIVE HOLDINGS LLC & ZACHARY SCHWEBEL; <br><br> *Defendants*. | Civil Action No. 20-12141 <br><br> **ORDER** |

**John Michael Vazquez, U.S.D.J.**

Plaintiff's motion for default judgment in this matter is presently pending before the Court, D.E. 12; and it

**APPEARING** that on April 22, 2021, Plaintiff filed a letter on the docket indicating that the parties have entered into a settlement agreement. As explained by Plaintiff, the settlement agreement provides that once all settlement payments are received by Plaintiff, Plaintiff will dismiss the instant matter, D.E. 13; and it further

**APPEARING** that Plaintiff indicates that Defendants have begun making settlement payments but the payments are not yet complete, *id.*;

Accordingly, for the foregoing reasons and for good cause shown,

**IT IS** on this 26th day of April, 2021, hereby

**ORDERED** that the pending motion for default judgment, D.E. 12, is administratively terminated; and it is further

**ORDERED** that the current matter shall be removed from the active docket; and it is further

**ORDERED** that either party can restore this matter to the active docket by filing a letter on the docket.

_____
John Michael Vazquez, U.S.D.J.